# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TERRANCE NELSON CATES,

    Plaintiff,

v.

                                 Case No. 6:19-cv-01670-PGB-LRH

ZELTIQ AESTHETICS, INC.

    Defendant.

_____/

## DECLARATION OF R. ROX ANDERSON, M.D.

This Declaration is being made pursuant to 28 U.S.C. § 1746. Under penalties of perjury, I state as follows:

1. I am over the age of 18 and otherwise competent to make this Declaration. The facts stated herein are based on my personal knowledge.

2. I am a medical doctor and a Professor of Dermatology at Massachusetts General Hospital (MGH) and the Harvard Medical School. I am also an adjunct Professor of Health Sciences and Technology at the Massachusetts Institute of Technology, and I am the Director of the Wellman Center for Photomedicine at MGH.

3. I do not know Terrance Cates. I have never spoken to or treated him. I do not know anything about his medical treatment generally or specifically as it relates to the claims he is making in his lawsuit against Zeltiq Aesthetics. I have not reviewed any of his medical records and, to my knowledge, I have never spoken to any of his medical providers. I do not know anything about his current or past medical conditions, his medical and family history, his need for the treatment that is the subject of this lawsuit, or whether he was an appropriate candidate for that treatment. I do not know anything about how the treatment that is the subject of Mr. Cates' lawsuit was performed, whether there were any complications or issues, or how Mr. Cates progressed post-treatment.

4. In the early 2000s, I, along with several colleagues at the Wellman Center, conducted research that ultimately led to the development of a non-invasive method for selectively cooling subcutaneous fat, thereby inducing the breakdown of fat cells in the body. That technique, called cryolipolysis, was later commercially developed by Zeltiq Aesthetics under the name CoolSculpting®. The research my colleagues and I conducted was not requested by, or conducted for, Zeltiq.

5. I was not involved in designing the CoolSculpting® device, in drafting the warning language that appears in the CoolSculpting® Directions for Use, or in reporting adverse events relating to CoolSculpting® to the FDA. I was not involved in the FDA clearance process for CoolSculpting®. I was not involved in the creation of warnings or marketing for CoolSculpting® and I have not been involved in any post-market surveillance related to CoolSculpting®. Although I was involved in research that led to the development of cryolipolysis, I was not involved in research and testing that led to the CoolSculpting® device.

6. In 2014, several years after the introduction of CoolSculpting®, I co-authored an article concerning a known but uncommon potential side effect of the cryolipolysis treatment called Paradoxical Adipose Hyperplasia ("PAH"), in which a small number of patients experience enlargement and in some cases hardening of fat in the treated area. I did not co-author this article for Zeltiq or at its request. I have not written, studied or conducted research on cryolipolysis and PAH since that article was published in 2014. I know that since 2014, others in the scientific and medical community have studied PAH and cryolipolysis. Those professionals possess more relevant and up-to-date information on that topic than I do.

7. Although I have some knowledge about cryolipolysis and PAH, so do many others.

8. I have not been retained as an expert witness in this case by any party. I do not want to

testify in this case voluntarily and, although I prefer not to testify, I will do so if required by the court. My current fee is $1,000 per hour for treating patients and I request that I be paid that amount, at a minimum, for any time I am required to devote to preparing for and testifying in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21 day of April, 2020, in ___Wilton___, Maine.

Dr. R. Rox Anderson

Page 2 of 2